IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01038-MEH

HAWAII-WESTERN MANAGEMENT GROUP, INC., and
SHASTA ADMINISTRATIVE SERVICES, INC.,

    Plaintiffs,
v.

HEALTHTRIO, LLC,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 29, 2022.**

    The above-captioned case has been directly assigned to Magistrate Judge Michael E. Hegarty pursuant to D.C. Colo. LCivR 40.1(c). The parties shall complete and file the Magistrate Judge Consent Form (ECF 4-1) on or before **June 29, 2022**.

    It is ORDERED that the Fed. R. Civ. P. 16(b) Scheduling Conference shall be held on **July 6, 2022** at **11:15 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Litigants and counsel whose offices are located outside the Denver metropolitan area or who cannot reasonably make a personal appearance may appear by telephone. Please contact Chambers at (303) 844-4507 two business days before the Scheduling Conference to arrange a telephonic appearance.

    If this date is not convenient, the parties shall confer and contact my Chambers by email to obtain an alternate date. All parties must be copied on the email if they agree to change the conference date; otherwise, any party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

    It is further ORDERED that counsel for the parties and any unrepresented non-prisoner parties in this case are to hold a meeting in accordance with Fed. R. Civ. P. 26(f) on or before **June 28, 2022** and jointly prepare a proposed Scheduling Order. Pursuant to Fed. R. Civ. P. 26(d), only requests pursuant to Fed. R. Civ. P. 34 may be submitted before the Rule 26(f) meeting, unless otherwise ordered or directed by the Court. Pursuant to Fed. R. Civ. P. 34(b)(2)(A), responses to such discovery requests must be submitted no later than 30 days after the Rule 26(f) meeting, unless the parties stipulate or the Court orders otherwise.

The parties shall prepare the proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov.

The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than five business days** prior to the scheduling conference. **The proposed Scheduling Order is also to be submitted in editable Word format by email to Magistrate Judge Hegarty at** *hegarty_chambers@cod.uscourts.gov.*

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the clerk's office. However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

Finally, the parties or counsel attending the Scheduling Conference should be prepared to informally discuss the case to determine whether early alternative dispute resolution is appropriate. There is no requirement to submit confidential position statements/letters to the Court at the Scheduling Conference nor to have the parties present.

Any out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the Scheduling Conference.

The parties are further advised that they shall not assume that the Court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by the Court may result in the imposition of sanctions.

In addition, **before filing a motion relating to a discovery dispute, the movant must request a conference with the Court** by submitting an email, copied to all parties, to *hegarty_chambers@cod.uscourts.gov.* *See* Fed. R. Civ. P. 16, cmt. 2015 Amendment. The Court will determine at the conference whether to grant the movant leave to file the motion.

**Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.** *See* **D.C. Colo. LCivR 83.2(b).**