Civil Action No. 22-cv-01038-MEH

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **HealthTrio, LLC**
was received by me on *(date)* **5/10/2022**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Keith Brazzel** , who is
designated by law to accept service of process on behalf of *(name of organization)* **HealthTrio, LLC**
on *(date)* **5/11/2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **5/13/2022**

*Server's signature*

**Kathleen Clor/Process Server**
*Printed name and title*

**4939 W Ray Road Suite 4-188, Chandler, AZ 85226**
*Server's address*

Additional information regarding attempted service, etc: